IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN COX, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 17-0534-KD-B |
| UNITED STATES, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 3) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's orders. Specifically, Plaintiff's failure to pay the statutory filing fee or file a motion to proceed without prepayment of fees, as directed.

DONE this 3rd day of August 2018.

s / Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE